| 1. Person Reporting (Last name, First name, Middle initial) Bailey, John P | 2. Court or Organization Northern District of W. Va. | 3. Date of Report 1/10/2007 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - nominee | 5. ReportType (check appropriate type) ◉ Nomination, Date 1/9/2007 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2006 to 12/31/2006 |
| 7. Chambers or Office Address 900 Riley Building P.O. Box 631 Wheeling, WV 26003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | President | Bailey, Riley, Buch & Harman, L.C. |
| 2. | Director & Secretary | Kalkreuth Roofinh & Sheet Metal, Inc. |
| 3. | Secretary | The Sweeney Group, Inc. |
| 4. | Executor | Estate #1 |
| 5. | Trustee | Trust #1 |
| 6. | Trustee | Trust #2 |
| 7. | Secretary & Director | GJR Enterprises, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2005 | Bailey, Riley, Buch & Harman, L.C. Profit Sharing Plan |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | Bailey, Riley, Buch & Harman, L.C. -salary & bonus | 142,434 |
| 2. | 2006 | Bailey, Riley, Buch & Harman, L.C. -salary & bonus | 129,801 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Bailey Behavioral Health - salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | EXEMPT |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Bank | VISA card | J |
| 2. | U.S. Dept. of Education | Parent Loan for children's education | M |
| 3. | College Foundation, Inc. | Parent Loan for daughter's education | L |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Reserve Fund Primary | B | Interest | J | T | Exempt | | | | |
| 2. IRA #1 | B | Dividend | K | T | | | | | |
| 3. - Prime Obligations Fund 10 | | | | | | | | | |
| 4. - CCE Spinco, Inc. | | | | | | | | | |
| 5. - Merck and Company common | | | | | | | | | |
| 6. - Medco Health Solutions | | | | | | | | | |
| 7. - Time Warner, Inc. | | | | | | | | | |
| 8. - CVS Corp. | | | | | | | | | |
| 9. - Home Depot Inc. | | | | | | | | | |
| 10. - Clear Channel Communications | | | | | | | | | |
| 11. Bailey, Riley, Buch & Harman Profit Sharing Plan | E | Dividend | N | T | | | | | |
| 12. Mass Mutual Life Insurance | A | Dividend | J | T | | | | | |
| 13. Estate #1 | A | Interest | J | T | | | | | |
| 14. Trust #1 | G | Int. & Div. | P2 | T | | | | | |
| 15. - JPMorgan Liquid Assts Mny Mkt Investment | D | Interest | M | T | | | | | |
| 16. - JPMorgan Chase & Co (com) | A | Dividend | K | T | | | | | |
| 17. - Wesbanco Inc (com) | E | Dividend | O | T | | | | | |
| 18. - General Electric (c0m) | B | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P | 1/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - 3M Co (com) | B | Dividend | K | T | | | | | |
| 20. - Masco Corp (com) | B | Dividend | L | T | | | | | |
| 21. - General Mills Inc. (com) | B | Dividend | K | T | | | | | |
| 22. - Heinz H J Co (com) | C | Dividend | L | T | | | | | |
| 23. - Proctor & Gamble (com) | D | Dividend | N | T | | | | | |
| 24. - BP P L C Sponsored ADR | C | Dividend | M | T | | | | | |
| 25. - Chevron Corp (com) | C | Dividend | M | T | | | | | |
| 26. - Exxon Mobil Corp (com) | D | Dividend | N | T | | | | | |
| 27. - Citigroup Inc (com) | B | Dividend | L | T | | | | | |
| 28. - FHLMC (com) | A | Dividend | J | T | | | | | |
| 29. - Marsh & McClennan Cos Inc (com) | A | Dividend | J | T | | | | | |
| 30. - Bristol Myers Squibb Co (com) | E | Dividend | O | T | | | | | |
| 31. - Wyeth (com) | D | Dividend | O | T | | | | | |
| 32. - Dow Chemical Co (com) | D | Dividend | M | T | | | | | |
| 33. - PPG Inds Inc (com) | B | Dividend | L | T | | | | | |
| 34. - Ishares TR Dow Jones US Real Est Idx (mutual fund) | B | Dividend | L | T | | | | | |
| 35. - JPMorgan Diversified Mid Cap Growth (mutual fund) | A | Dividend | J | T | | | | | |
| 36. - JPMorgan Diversified Mid Cap Value (mutual fund) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P | 1/10/2007 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - JPMorgan International Equity Index (mutual fund) | A | Dividend | J | T | | | | | |
| 38. - JPMorgan Small Cap Growth Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 39. - JPMorgan Small Cap Value Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 40. - Dominion Res Inc VA New (com) | B | Dividend | L | T | | | | | |
| 41. - Cisco Sys Inc (com) | A | Dividend | J | T | | | | | |
| 42. - Dell Inc (com) | A | Dividend | J | T | | | | | |
| 43. - Intel Corp (com) | A | Dividend | J | T | | | | | |
| 44. - Microsoft Corp (com) | A | Dividend | K | T | | | | | |
| 45. - AT & T Inc (com) | A | Dividend | K | T | | | | | |
| 46. - Bellsouth Corp BLS Group (com) | C | Dividend | M | T | | | | | |
| 47. - Verizon Communications (com) | C | Dividend | L | T | | | | | |
| 48. - United Parcel Svc Inc Cl B | A | Dividend | K | T | | | | | |
| 49. - Charlotte NC Wtr&Swr Sys Ref Ser A Dtd 03/03/05 | C | Interest | J | T | | | | | |
| 50. - Greensboro NC Pub Impt Ser A Dtd 02/01/05 | C | Interest | L | T | | | | | |
| 51. - Raleigh NC Comb Enterprise Sys Rev Dtd 05/04/04 | C | Interest | M | T | | | | | |
| 52. - University NC Sys Pool Rev Ser A Dtd 10/29/03 | B | Interest | L | T | | | | | |
| 53. - Mason Cnty WV Single Family Mtg Dtd 08/01/79 | B | Interest | K | T | | | | | |
| 54. - Mecklenburg Cnty NC Pub Impt Ser A Dtd 02/01/05 | C | Interest | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55.  - Rowan Cnty NC Ref Dtd 04/01/05 | C | Interest | M | T | | | | | |
| 56.  - Appalachian St Univ NC Rev Ref Dtd 04/20/05 | C | Interest | M | T | | | | | |
| 57.  - Mecklenburg Cnty NC Pub Impt Ser B Dtd 08/01/02 | B | Interest | L | T | | | | | |
| 58.  - Goldsboro NC Ref Dtd 04/01/05 | C | Interest | M | T | | | | | |
| 59.  - Beauford Cnty NC Dtd 04/01/05 | C | Interest | M | T | | | | | |
| 60.  - Brunswick Cnty NC Cnnty College Ser A Dtd 04/01/05 | C | Interest | M | T | | | | | |
| 61.  - East Carolina Univ NC Univ Rev Ref Ser A Dtd 06/19/03 | C | Interest | L | T | | | | | |
| 62.  - Harbor FDS Intl Fund | B | Dividend | M | T | | | | | |
| 63.  - JPMorgan Highbridge Stat Mkt Neutral Fund | A | Dividend | L | T | | | | | |
| 64.  - JPMorgan Multi-Cap Mkt Neutral Fund | A | Dividend | L | T | | | | | |
| 65.  - Raleigh NC Comb Enterprise Sys Rev Ref 05/05/05 | C | Interest | L | T | | | | | |
| 66.  - Cabarrus Cnty NC Pub Imp 09/01/06 | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 6 | 200 | Notes payable to banks -secured | | | 0 |
| U.S. Government securities -add schedule | | 0 | Notes payable to banks -unsecured (VISA) | | 14 | 500 |
| Listed securities -add schedule | | 0 | Notes payable to relatives | | | 0 |
| Unlisted securities -add schedule | | 0 | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | 0 | Accounts and bills due | | | 500 |
| Due from relatives and friends | | 0 | Unpaid income tax | | | 0 |
| Due from others | | 0 | Other unpaid income and interest | | | 0 |
| Doubtful | | 0 | Real estate mortgages payable -add schedule | | 311 | 981 |
| Real estate owned-add schedule | 350 | 000 | Chattel mortgages and other liens payable (auto loans) | | 9 | 250 |
| Real estate mortgages receivable | | 0 | Other debts-itemize: | | | |
| Autos and other personal property | 23 | 000 | Parent educational loans | | 188 | 500 |
| Cash value-life insurance | 2 | 700 | | | | |
| Other assets itemize: | | | | | | |
| IRA account | 39 | 500 | | | | |
| Firm profit sharing | 213 | 500 | | | | |
| Interest in firm | 25 | 000 | Total liabilities | | 524 | 231 |
| | | | Net Worth | | 135 | 669 |
| Total Assets | 659 | 900 | Total liabilities and net worth | | 659 | 900 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | Are any assets pledged? (Add schedule) | | | NO |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions? | | | NO |
| Legal Claims | | 0 | Have you ever taken bankruptcy? | | | NO |
| Provision for Federal Income Tax | | 0 | | | | |
| Other special debt | | 0 | | | | |